

**JONES WALKER**

1001 FANNIN STREET, SUITE 2450
HOUSTON, TEXAS 77002-6707
713-437-1800
FAX 713-437-1810
www.joneswalker.com

Laken Derry
*Legal Secretary*
Direct Dial: 713-437-1835
lderry@joneswalker.com

May 28, 2015

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

MAY 28 2015

CHRISTOPHER A. PRINE

CLERK _____

**Via Hand Delivery**

Clerk
First Court of Appeals
301 Fannin Street
Houston, Texas 77002

Re: Case No. 01-15-00320-CV; *Revenew International, LLC v. PSC Industrial Outsourcing, LP*; First Court of Appeals, Houston, Texas.

Dear Clerk:

Enclosed please find a firm check in the amount of $195.00 to cover the appellate filing fee.

Should you have any questions, please do not hesitate to contact the office.

Sincerely,

Laken Derry
Legal Secretary

LBD

Enclosures

{HD068542.1}